# UNITED STATES DISTRICT COURT
EASTERN DIVISION

| | |
|---|---|
| JaQuan Hill, <br> • Plaintiff • <br> v. <br> • Doctor Ahmed, <br> • Nurse Geeto, <br> • Nurse Practioner Jen, <br> • Sgt. Faturdo, <br> • Unknown Officers, <br> • Unknown Wellpath Employees, <br> • Defendants • <br> Sued in their Official and Personal Capacities | **COMPLAINT** <br> 42 U.S.C. 1983 <br><br> Docket # <br><br> FILED IN CLERKS OFFICE 2020 OCT 29 AM 1:31 U.S. DISTRICT COURT DISTRICT OF MASS. |

## I. Jurisdiction and Venue

1. Comes your plaintiff, JaQuan Hill, pro se submitting this civil action authorized by 42 U.S.C 1983 to redress the deprivation, under color of law, (state) of rights secured by the United States Constitution.

   This court has jurisdiction under 28 U.S.C. Section 1331(a)(3). Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202.

2. The United States District Court of Boston is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this complaint occured.

## II. Plaintiff

3. Plaintiff, JaQuan Hill, is and was at all time montioned herein a prisoner of the state of Massachusetts. While the events contained in this complaint occured at Walpole Prison, your plaintiff currently resides at MCI Concord in Concord, Massachusetts.

(PAGE 1 OF 4)

# III. DEFENDANTS

4. Defendant, Ahmed, is a doctor employed under contract by the Massachusetts Department of Corrections. He works for the Wellpath Medical corporation. He was working in this capacity at all times mentioned herein; He acted under the color of State Law

5. Defendant, Nurse Geeta, is a nurse employed under contract by the Massachusetts Department of Corrections. He works for the Wellpath Medical corporation. He was working in this capacity at all times mentioned herein; He acted under the color of State law.

6. Defendant, Nurse practioner Jen, is a Nurse practioner under contract by the Massachusetts Department of Corrections. She works for the Wellpath Medical corporation. She worked in this capacity at all times mentioned herein; She acted under color of law.

7. Defendant, Sgt. Faturdo, is a correctional officer who is employed by the Massachusetts Department of Corrections. She worked in this capacity at all times mentioned herein She acted under color of law.

8. Defendants, Unknown Officers, Are correctional officers employed by the Massachusetts Department of Correction in whom Plaintiff had contact with, and records upon discovery will show those interactions, to be added at a later date utilizing a supplemental complaint.

9. Defendants, Unknown Wellpath Employees, Are nurses and medical staff who are employed by Wellpath corporation in whom medical records obtained via discovery will enable Plaintiff to add utilizing a supplemental complaint.

10. All Defendants listed herein worked at Walpole Correctional prison.
All are being sued in their personal and professional capacity.
All acted under the color of law.
None may claim immunity in breeching your Plaintiffs constitutional rights under the 8th Ammendment which forbids the practice of cruel and unusual punishment.

Plaintiff exercises and reserves all his rights known or unknown.

Hill V. Ahmed et al.
Case 1:20-cv-11959-IT  Document 1  Filed 10/29/20  Page 3 of 4
page 3 of 4

## IV. EXHAUSTION OF REMEDIES

12. Plaintiff has filed multiple complaints and grievances utilizing the inmate grievance procedures, and the wellpath grievance procedures.
The wellpath documents are labeled Exhibits A -
The regular grievance documents are Exhibits
In accordance with the Prison Litigation Reform Act plaintiff proceeds in good faith.
Additional exhibits may follow as needed.

## V. CLAIMS

13. CLAIM #1: On September 18th, 2019, plaintiff was taken to Boston Medical Center where surgery for an inner body infection was applied.
As a routine application, a fistula was inserted into the wound to assist with infection draining. A fistula is an abnormal duct or passage that connects to a body's hollow organ to another and/or to the body's surface.
On September 20th while utilizing the bathroom plaintiff discovered a continuous blood flow manifesting from this site. He began to shout for help along with other inmates.
Video will show Nurse Geeto hear my cries and refuse to come past the main door to give me aid.
After applying a tourniquet to halt the blood flow plaintiff was able to stop officers to get help. I was then taken to the triage unit where Nurse Geeto applied a pressure pad to staunch the blood flow.
Plaintiff was taken to the HSU medical unit where he was told he would be immediately seen by Dr. Ahmed. This did not happen.
It was not until several hours later, that your plaintiff was calling out for help. Sgt. Faturdo came to the door. Video will show plaintiff showing her all the blood covering the floor, nor had the bleeding abated. She told plaintiff "sit down and relax. They'll get to you when they get to you. You are acting like they don't know why you are here." She did nothing to help your plaintiff.
After hours had passed, plaintiff succombed to the severe blood loss and was rendered unconcious.
At some point, plaintiff was taken to the emergency room, where was put on a clock watch, I.V. was inserted, he suffered heavy blood loss, and had to be stabalized.
Plaintiff was then taken back to Walpole, where the nurse practicioner Jen lied and stated Dr. Ahmed had cleared plaintiff to go back to D.D.U. detention. She stated, this was why no one had came to plaintiffs assistance during the crisis before going unconcious. The actions and omissions taken by these, and unknown officers and medical staff caused your plaintiff to suffer with deliberate disregard/indifference. This violates your plaintiffs 8th Amendment Rights under the U.S. Constitution.

Hill v. Ahmed et.al.
Case 1:20-cv-11959-IT   Document 1   Filed 10/29/20   Page 4 of 4
page 4 of 4

# VI. PRAYER FOR REMEDIES

14. Your plaintiff realleges and incorporates by reference paragraphs 1-13

The defendants deliberate indifference in allowing plaintiff to bleed out on video after being made aware of his urgent need for medical care, resulting in plaintiff close call with death that required him to be rushed to the E.R. where he was fortunately stabilized. Their actions violate your plaintiffes 8th. Amendment rights under the U.S. Constitution

15. Wherefore, plaintiff respectfully for the following remedies:

- A declaration that the acts and omissions described herein violated plaintiffs rights.

- An investigation ordered by health watch services or agencies to review well paths continuous history of non compliance with standardized healthcode and treatment protocols.

- Compensatory damages in the amount of: **$20,000** against each defendant jointly and severally.

- Punitive damages in the amount of: **$30,000** against each defendant.

- A jury trial on all matters triable by jury.

- Plaintiffs cost of this civil action.

- Any additional relief this court deems just, proper and equitable.

16. I have read the foregoing complaint prepared for me by a paralegal listed below. I verify all the information to be true and exact to the best of my knowledge and recollection. I certify under the penalty of perjury.

Respectfully submitted,

x _Jaquan Hill_     10-22-20
Jaquan Hill                    Date
MCI Concord - PO Box 9106 Concord, MA. 01742

I, Israel Ray Cooper do certify that I prepared all the enclosed papers for Jaquan Hill. Any errors are mine alone, Mr. Hill has no legal knowledge or capabilities, and I have enclosed a motion for appointment of counsel as Mr. Hill and I shall be seperated at the time of this filing due to my transfer.

Respectfully

Mr. Israel Ray Cooper #T97272