## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAQUAN HILL,             )<br>      Plaintiff,   )<br>             )<br>v.              )<br>             )<br>DOCTOR AHMED,  et al.,  )<br>      Defendants.  )<br>             )<br>             ) | **Civil Action No.**<br>**20-11959-IT** |

## <u>PROCEDURAL ORDER</u>

**TALWANI, D.J.**

On October 29, 2020, Jaquan Hill ("Hill"), an inmate in custody at MCI Concord, filed a *pro se* complaint accompanied by an <u>Application to Proceed Without Prepayment of Fees</u> [#2] ("Application") and <u>Motion for Appointment of Counsel</u>. [#3].

Because Hill's Application was not accompanied by a copy of his prison account statement, the Application was denied without prejudice to renewal. [#5]. Now before the Court is a copy of Hill's prison account statement. [#6]. However, Hill failed to file a new Application.

If Hill wishes to proceed with this action, he will be granted additional time to file a renewed Application. Hill is reminded that prisoner plaintiffs are not entitled to a complete waiver of the filing fee. If Hill submits a new Application, the Court will direct the appropriate prison official to withdraw an initial partial payment from his account, followed by payments on a monthly basis until the $350.00 filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(1)-(2). Even if the action is dismissed upon a preliminary screening, *see* 28 U.S.C. §§ 1915(e)(2), 1915A, the plaintiff remains obligated to pay the fee.

If plaintiff elects to proceed with this action, within 21 days of the date of this Procedural

Order, he must file a renewed Application. Failure to timely comply with this Procedural Order will subject this case to dismissal without prejudice. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

**So ordered.**

/s/ Indira Talwani
Indira Talwani
United States District Judge

Dated: November 12, 2020